UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC. f/k/a INAMED CORPORATION, ALLERGAN USA, INC., and ALLERGAN plc,<br><br>Defendants. | Case No. 2:19-cv-21632-BRM-JAD<br><br>**NOTICE OF VOLUNTARY DIMISSAL OF JANE DOE 1** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 1 (Plaintiff Rana Faure) by her attorneys Wittels McInturff Palikovic hereby provides notice of the voluntarily dismissal of her claim without prejudice and without costs against Defendants Allergan, Inc., Allergan USA, Inc., and Allergan plc (collectively, "Defendants" or "Allergan").

Dated: Armonk, New York
September 1, 2020

By:   s/ Steven L. Wittels
Steven L. Wittels (SW-8110)
J. Burkett McInturff (JM-4564)
Tiasha Palikovic (TP-5697)
WITTELS MCINTURFF PALIKOVIC
18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
tpalikovic@wittelslaw.com

*Counsel for Plaintiff*

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** September 2, 2020

- 1 -